UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MANNA MELAKE,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | No.  1:26-cv-01582-DAD-CKD (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING MOTION TO DISSOLVE NO-REMOVAL ORDER, AND DENYING PETITION WITHOUT PREJUDICE<br><br>(Doc. Nos. 12, 16) |

Petitioner Samuel Manna Melake is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 8, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be dismissed due to petitioner's failure to exhaust his administrative remedies. (Doc. No. 18.)  Specifically, the magistrate judge found that petitioner is now subject to a final order of removal to Sweden and accordingly that petitioner was properly subject to detention pursuant to 8 U.S.C. § 1231. (*Id.* at 2–3.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 3.) To date, no party has filed objections and the time in which to do so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.[1]

For the reasons above,

1.   The findings and recommendations issued on July 8, 2026 (Doc. No. 18) are ADOPTED IN FULL;

2.   Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DENIED without prejudice;

3.   Respondents' motion to dissolve (Doc. No. 12) the purported no-removal order (Doc. No. 6) is GRANTED; and

4.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 10, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1]  Respondents move for the court to dissolve its February 25, 2026 order which prohibited removal.  (Doc. No. 6.)  That order states that it is only in effect "[p]ending the issuance of the court's order resolving the pending motion for temporary restraining order," which was resolved on March 3, 2026.  (Doc. Nos. 6, 9.)

2